**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Andres Fernando Posso, Petitioner.

Appellate Case No. 2024-000422

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Lexington County
Walton J. McLeod IV, Circuit Court Judge

---

Memorandum Opinion No. 2025-MO-033
Submitted May 12, 2025 – Filed May 21, 2025

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia; and Solicitor Samuel R. Hubbard III, of Lexington, all for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *State v. Posso*, Op. No. 2024-UP-060 (S.C. Ct. App. filed Feb. 21, 2024). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES and HILL, JJ., concur. VERDIN, J., not participating.**